UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| I.P.V., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:26-cv-00203-SEB-KMB |
| | ) |
| SCOTT MAPLES, | ) |
| SAMUEL OLSON, | ) |
| DAVID VENTURELLA, | ) |
| MARKWAYNE MULLIN, | ) |
| TODD BLANCHE, | ) |
| | ) |
| Respondents. | ) |

**Order to Show Cause and Granting Motion for Temporary Restraining Order**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1.    To promote efficient briefing of this action, the petitioner is encouraged to provide a courtesy copy of the petition and any exhibits, along with a copy of this Order to the following:

> Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)
> Jeff Lowe, Kightlinger and Gray (jlowe@k-glaw.com)

These individuals **may** be willing to waive formal service under Rule 4 of the Federal Rules of Civil Procedure on behalf of their client.

2.    If counsel noted in step 1 does not agree to waive service, the petitioner is directed to serve a copy of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241

1

on the respondents consistent with Rule 4. Along with the Petition and any exhibits, service must also include a copy of this Order.

3.        The respondents will have **through August 4, 2026,** to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **three days** to reply.

4.        Petitioner's motion for temporary restraining order, dkt. [4], is **granted** to the limited extent that the respondents shall not transfer Petitioner outside the jurisdiction of the United States during the pendency of this habeas petition. *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025) (citing 28 U.S.C. § 1651(a) ("[T]he Government represented on the record in federal court that it reserved the right to remove detainees after midnight. We had the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve our jurisdiction over the matter.")*; United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("The District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief."). The federal respondents have through **August 4, 2026**, to respond to the remaining relief requested in Petitioner's petition and motion for temporary relief.

      **IT IS SO ORDERED.**

Date: 7/31/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

2

Distribution:

All Electronically Registered Counsel

Courtesy copies (by electronic mail):

       Jeff Lowe, Kightlinger and Gray (jlowe@k-glaw.com)

       Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)